# Third District Court of Appeal

## State of Florida

Opinion filed March 25, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-0013
Lower Tribunal No. 17-11486-CC-25

————————————

**Infinity Auto Insurance Company**,
Appellant,

vs.

**Health and Wellness Evolution Company**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

Gray Robinson, P.A., and Jack R. Reiter, and Eric Yesner, for appellant.

Douglas H. Stein, P.A., and Douglas H. Stein, for appellee.

Before MLLER, LOBREE, and GOODEN, JJ.

PER CURIAM.

Affirmed.